EOD

09/01/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| The Millennium Protection Group, Inc. | § | Case No. 09-40964 |
| | § | |
| Debtor(s) | § | |
| | § | Chapter 7 |
| | § | |
| Boardwalk Automobiles, Ltd, et al | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 09-04057 |
| | § | |
| Wilber Harrison, et al | § | |
| Defendant(s) | § | |

**ORDER TRANSFERRING VENUE OF THE ADVERSARY PROCEEDING**

On August 17, 2009, the Court issued a "Notice of Intent to Transfer Venue of Adversary Proceeding" in which the Court directed that, in the absence of the presentation of sufficient grounds for continuation of the above-referenced adversary proceeding within fourteen(14) days of the entry of such order, the above-referenced adversary proceeding would be transferred to the Northern District of Texas, Dallas Division. The Court finds that no response was filed to the Notice. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced adversary proceeding is hereby **TRANSFERRED to the Northern District of Texas, Dallas Division.**

Signed on 9/1/2009

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE