**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-32912 | HDH | Judge: HONORABLE HARLIN D. HALE | Trustee Name: | Scott M. Seidel, Trustee |
|---|---|---|---|---|---|
| Case Name: | MILLENNIUM PROTECTION GROUP, IN | | | Date Filed (f) or Converted (c): | 04/27/09 (c) |
| | | | | 341(a) Meeting Date: | 07/06/09 |
| For Period Ending: | 03/31/10 | | | Claims Bar Date: | 06/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bond Cancellation Refund (u) | Unknown | 0.00 | | 950.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.41 | Unknown |
| 3. CHECKING BALANCE | 0.00 | 0.00 | | 6,827.94 | 0.00 |
| 4. Storage Items | 0.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $7,778.35 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/10--counsel-pj--engaged to look into transactions-
07/06/09  341 MEETING  --  Trey Harrison for Debtor -- Trustee had gone out and met with Mr. Harrison, viewed inventory,
 asses, and a couple sheds; picked up a flash drive; Question by Liepins - prior filing in Eastern Dustrict.  After
meeting with Liepins, tried to convert to #11.  Debtor offered tire for life program to auto companies; there was
$21,000 at Wachovia, $100,000+ of CD's at other banks; listed claim for wrongful setoff after case filed of some CD's;
Debtor sold 11,179 contracts since May 2004; Debtor provided info as to where all contracts are in storage; there is
storage for records; storage for furnishings; Trustee was given only keys; Unsecured creditor claims of 1/2 million or
so due to Debtor being unable to pay for the claims for tires; Boardwalk filed lawsuit against Debtor and forced Debtor
into filing; was unable to reorganize company; Debtor paid retainer of whidh 1/2 went to Liepins; closed down August 1;
Aso used Jerry Farlow, Carl Biggs and in 2004 used Shawn & Associates as CPAs; program was sold by auto companies to
folks buying new cars;  Boardwalk Counsel - Debtor had over $1M in Merrill Lynch account; Debtor pled 5th for $1.3
million into AG Edwards Account; pled 5th on all info related to mother including source of AG Edwards deposit, identify
 of businesses / individuals drawing dwn on AG Edwards or CD's; Motor Yacht 5th; Frisco property 5th; Debtor paid
$4-5,000 of down payment on Frisco property; 5th re payment to mother; 5th re payment to girlfriend; salary & benefits
to self 5th;  NICK FOLEY questions - bought program, of the 11,000+ contracts sold, approximately sold 4500-5000 in TX;

LFORM1

Ver: 15.08

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 09-32912 HDH Judge: HONORABLE HARLIN D. HALE | Trustee Name: Scott M. Seidel, Trustee |
| Case Name: MILLENNIUM PROTECTION GROUP, IN | Date Filed (f) or Converted (c): 04/27/09 (c) |
| | 341(a) Meeting Date: 07/06/09 |
| | Claims Bar Date: 06/17/10 |

received advise re complying with TX insurance laws NO; no one ever advised him; no dealerships ever raised insurance issue; who designed tire for life program - Trey and Mike; any analysis on charge and coverage cost - yes; Debtor was trying to become a risk retention group out of KY; Debtor never hired anyone to do full study; on a 2007 contract Debtor charged Bardwalk $900 for Audi Gold Plan in beginning the Boardwalk would mark up to customer; state required Debtor put aside 40% of what Debtor received, not aware of any requirement re when could remove money; TRUSTEE - O/D nsurance policy no had only general liability; most highly compensated in last 2 years between Trey, Mike Everest or Jim Hunt; in 2007, Trey got $210,000 and in 2008 tax return was $190,000 and in 2009 $10,000; Everet got $15,000 mo plus exp; Hunt got $14,000 month plus exp and company car; Trey's family members in last 3 years - mother was employed a short time and daughter was consultant; daughter got $17,250 and mother got $1-1,500 per month for short period; mother organized files, etc,, just had 2 strokes; never put money into company; Trey onlyone that put money in, in 2003-2004 $10-15,000; DICK SCHIRO QUESTIONS re forms to be filled out - forms drawn up by Trey, Everett and FL attorney; Millamon study said Debtor had to raise prices to meet claims; Debtor tried to get reimbursement insurance but could not, so chose to have a 40% reserve account and a bond - bond was forfeited at filing bankruptcy; Debtor began having real problems when economy fell and dealers went out of business and contracts no longer came in; Paid over $450,000 to Boardwalk in 4 months; Gave Trustee account info; STEVE CHAFIN - did business in TX, CO, KY,, MD, MI, CN, MA - had similar requirements for reserves and bond; PURCHASER QUESTIONED why Debtor continued to sell contracts after knowing of problems, bought car in August; Debtor put 40% in reserve account; operated like a pyramid sales, etc.;; BOARDWALK COUNSEL FOLLOW-UP; 5th on telling TX they were removing bond and would no longer do business in TX; 5th on advise from Jerry Farlow re reserves; 5th latter half of 2008 salary; 5th on ownership of debtow; 5th on comapny car, names of everyone,; denied claiming sovereign insurance coverage; 5th re Merrill Lynch; 5th on testimony before Judge Hale re Millmon report; took 5th on most questions from Boardwalk including naming one company that offered to input funds; TRUSTEE closed with discussion of case outside presence of Debtor.

RE PROP# 3---Balance of account after Bank offset.

Initial Projected Date of Final Report (TFR): 12/12/12      Current Projected Date of Final Report (TFR): 12/12/12

/s/    Scott M. Seidel, Trustee
_____    Date: 04/30/10
     SCOTT M. SEIDEL, TRUSTEE

LFORM1

Ver: 15.08